JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kaiser Foundation Health Plans, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Abbott Laboratories, Inc., <br><br> Defendant. | Case No. **CV 02-2443-JFW (FMOx)** <br><br> **JUDGMENT** |

    The Court, having granted the Defendant's motion for summary judgment based on its determination that there was no genuine issue as to any material fact and that Defendant was entitled to judgment as a matter of law on the sole remaining claim for relief alleged against it,

    IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

    1.  Plaintiff Kaiser Foundation Health Plans, Inc. shall recover nothing from the named Defendant;

    2.  Defendant Abbott Laboratories, Inc. shall have judgment in its favor on Plaintiff's entire action; and

3. Defendant shall recover from Plaintiff its costs of suit in the sum of $_____.

The Clerk is ordered to enter this Judgment.

Dated: October 8, 2009        _____
                                          JOHN F. WALTER
                                  UNITED STATES DISTRICT JUDGE

2